UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-7828-MWF(AJWx)**                           Dated: **September 26, 2017**

Title:      Jeffery Werner, et al. -v- Azteca International Corporation, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                  None Present
    Relief Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                 None Present

PROCEEDINGS (IN CHAMBERS):      ORDER TO SHOW CAUSE

    In light of the Notice of Settlement filed September 22, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 23, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                              Initials of Deputy Clerk   cw
CIVIL - GEN

-1-