JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY WERNER, an individual, INCREDIBLE FEATURES, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AZTECA INTERNATIONAL CORPORATION, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-07828-MWF-AJW<br>*Honorable Michael W. Fitzgerald*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE |

1

[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); and

2. The parties shall each bear their respective costs and attorneys' fees incurred in connection with this action.

SO ORDERED.

Dated: November 1, 2017     By: _____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

---

[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION

2